855     In re Alaska Electrical Pension Fund Retirement Plan Litigation

| Date | No. | Description |
|---|---|---|
| 90/06/12 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, EXHIBITS A THRU C AND CERT. OF SVC. -- filed by defts. The Alaska Electrical Pension Fund Retirement Plan and its trustees -- SUGGESTED TRANSFEREE DISTRICT: Northern District of Illinois -- SUGGESTED TRANSFEREE JUDGE: Honorable James F. Holderman (ds) |
| 90/06/18 | | HEARING ORDER -- setting motion of Alaska Electrical Pension Fund Retirement Plan and its trustees for transfer for Panel hearing on July 27, 1990 in St. Paul, Minnesota (sg) |
| 90/06/25 | | APPEARANCES -- RICHARD J. BIRMINGHAM, ESQ. for George Spear, et al. and STEPHEN J. BUTLER, ESQ. for Alaska Electrical Pension Fund Retirement Plan, George Bringmann, John L. Harshman, Michale Kelly, Philip Poythress, I.M. Waldrop, Jr. (ds) |
| 90/06/29 | 2 | RESPONSE AND CROSS-MOTION (to pldg. #1) -- pltfs. George Spear, et al. w/exhibits A thru K and cert. of svc. (ds) |
| 90/07/03 | | APPEARANCE: LAWRENCE WALNER, ESQ. for Arthur T. Mierzycki, et al. (rh) |
| 90/07/03 | 3 | RESPONSE -- (to pldg. #1) Arthur T. Mierzycki, et al. -- w/cert. of svc. (received 7/3/90) (rh) |
| 90/07/10 | 4 | REPLY -- Alaska Electrical Pension Fund Retirement Plan and its trustees -- w/cert. of svc. (received 7/10/90) (rh) |
| 90/07/16 | 5 | REPLY -- George Spear, et al. -- w/cert. of svc. (received 7/16/90) (rh) |
| 90/07/16 | 6 | RESPONSE -- (To pldg. #2) Arthur T. Mierzycki, et al. -- w/cert. of svc. (received 7/16/90) (rh) |
| 90/07/25 | 7 | LETTER -- (Supplemental information) Signed by Lawrence Walner counsel for Arthur T. Mierzycki, et al. -- w/cert. of svc. (rh) |
| 90/07/27 | | HEARING APPEARANCES FOR 7/27/90 HEARING, ST. PAUL, MINNESOTA -- SUE K. MCDONNELL, ESQ. for Alaska Electrical Pension Fund Retirement Plan and its trustees; LAWRENCE WALNER, ESQ. for Arthur T. Mierzycki, et al.; CLIFFORD CANTOR, ESQ. for George Spear, et al. (ds) |

JPML FORM 1A

B.2

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 855 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/09/12 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Western District of Washington to the Hon. John C. Coughenour for pretrial proceedings (rh) |
| 90/09/12 | | TRANSFER ORDER -- Transferring A-1 and A-2 to the Western District of Washington pursuant to 28 U.S.C. §1407 -- Notified involved judges, Panel judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 855 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ALASKA ELECTRICAL PENSION FUND RETIREMENT PLAN LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 27, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | September 12, 1990 | TO | Unpublished | W.D. Washington | Hon. John C. Coughenour | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1        LISTING OF INVOLVED ACTIONS

DOCKET NO. 855 -- In re Alaska Electrical Pension Fund Retirement Plan Litigation

W.D. WASHINGTON
HON. John C. Coughenour

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Arthur T. Mierzycki, et al. v. Alaska Electrical Pension Fund Retirement Plan, et al. | Ill., N. Holderman | C-90-1191-JFH | 9/11/90 * | | | ✓ |
| A-2 | George Spear, et al. v. Alaska Electrical Pension Fund, etc. | Alaska Kleinfeld | A-90-148-AJK | 9/11/90 * | | | |

\* Stayed 6/5/91 pending 9th Circuit Decision in Phillips v. Alaska Hotel & Restaurant Emp. Pens. Fund

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 855 -- In re Alaska Electrical Pension Fund Retirement Plan Litigation

---

ARTHUR T. MIERZYCKI, ET AL. (A-1)

Lawrence Walner, Esq.
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive
Suite 1870
Chicago, Illinois  60606-1607

GEORGE SPEAR, ET AL. (A-2)
Richard J. Birmingham, Esq.
Davis, Wright, Tremaine
2600 Century Square
1501 Fourth Avenue
Seattle, Washington  98101-1688

ALASKA ELECTRICAL PENSION
  FUND RETIREMENT PLAN
GEORGE BRINGMANN
JOHN L. HARSHMAN
MICHAEL KELLY
PHILIP POYTHRESS
I.M. WALDROP, JR.
Stephen J. Butler, Esq.
Thompson, Hine & Flory
2900 DuBois Tower
511 Walnut Street
Cincinnati, Ohio  45202

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 855 -- In re alaska Electrical Pension Fund Retirement Plan Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Alaska Electrical Pension Fund Retirement Plan | A-1, A-2 |
| George Bringmann | A-1 |
| John L. Harshman | A-1 |
| Michael Kelly | A-1 |
| Philip Poythress | A-1 |
| I.M. Waldrop, Jr. | A-1 |
| | |
| | |
| | |
| | |