DOCKET NO. 855

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ALASKA ELECTRICAL PENSION FUND RETIREMENT PLAN LITIGATION

TRANSFER ORDER*

This litigation presently consists of one action each pending in the District of Alaska and Northern District of Illinois. Before the Panel is a motion by the Alaska Electrical Pension Fund Retirement Plan and its trustees (collectively referred to as the Alaska Fund), defendants in both the Alaska and Illinois actions, to transfer, pursuant to 28 U.S.C. §1407, the Alaska action to the Northern District of Illinois for coordinated or consolidated pretrial proceedings with the action pending there. Both the Alaska and Illinois plaintiffs agree that centralization is appropriate in this docket. The Illinois plaintiffs support centralization in the Illinois forum, while the Alaska plaintiffs alternatively suggest centralization in the District of Alaska, Western District of Washington or District of Oregon.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the Western District of Washington will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share factual questions relating to allegations that the terms and conditions for earning pension benefits in the Alaska Fund violate the Employee Retirement Income Security Act of 1974 and the Labor Management Relations Act.

We are persuaded that the Western District of Washington is the appropriate transferee forum for this litigation. We note that three similar actions involving different pension funds are pending there and that another similar action has been decided in this court and is presently on appeal to the Ninth Circuit Court of Appeals. Also the parties represent that relevant witnesses and documents are located in Washington and Alaska, as well as elsewhere in the continental United States.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A be, and the same hereby are, transferred to the Western District of Washington and, with the consent of that court, assigned to the Honorable John C. Coughenour for coordinated or consolidated pretrial proceedings.

FOR THE PANEL:

John F. Nangle
Chairman

---

\* Judge Louis H. Pollak took no part in the decision of this matter.

SCHEDULE A

<u>MDL-855 -- Alaska Electrical Pension Fund Retirement Plan Litigation</u>

<u>Northern District of Illinois</u>

<u>Arthur T. Mierzycki, et al. v. Alaska Electrical Pension Fund Retirement Plan, et al.</u>, C.A. No. C-90-1191-JFH

<u>District of Alaska</u>

<u>George Spear, et al. v. Alaska Electrical Pension Fund, etc.</u>, C.A. No. A-90-148-AJK